IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00073-RJC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GABRIEL CISNEROS | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for a Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2). (Doc. No. 95).

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within thirty (30) days of the entry of this Order.

Signed: March 4, 2024

Robert J. Conrad, Jr.
United States District Judge